

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 06 2020

JAMES W. McCORMACK, CLERK
By: _____ Tammy Cu DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 4:20-CR-00286 BRW |
| v. | 21 U.S.C. §§ 841(a)(1), 846 |
| | 21 U.S.C. § 841(b)(1)(A) |
| JAVIER GREEN | |
| JEREMIE SPENCER | |
| ANTHONY TERRELL | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about July 30, 2020, in the Eastern District of Arkansas and elsewhere, the defendants,

JAVIER GREEN,
JEREMIE SPENCER, and
ANTHONY TERRELL,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture of substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about July 30, 2020, in the Eastern District of Arkansas and elsewhere, the defendants,

JAVIER GREEN,
JEREMIE SPENCER, and

ANTHONY TERRELL,

knowingly and intentionally possessed with intent to distribute at least 500 grams or more of a mixture of substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATION ONE

Upon conviction of any of the crimes charged in Count 1 or 2 of this Indictment, the defendants, JAVIER GREEN, JEREMIE SPENCER, and ANTHONY TERRELL, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION TWO

Upon conviction of any of the crime charged in Count 1 or 2 of this Indictment, the defendants, JAVIER GREEN, JEREMIE SPENCER, and ANTHONY TERRELL, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION THREE

Upon conviction of any of the crimes charged in Count 1 or 2 of this Indictment, the defendants, JAVIER GREEN, JEREMIE SPENCER, and ANTHONY TERRELL, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.